## A07A1519. BASS v. THE STATE.
### (679 SE2d 86)

MIKELL, Judge.

The Supreme Court granted certiorari in this case, and in *Bass v. State*, 285 Ga. 89 (674 SE2d 255) (2009), reversed the judgment of this Court, concluding that Bass was denied effective assistance of counsel. Therefore, we vacate our earlier opinion[1] and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Johnson, P. J., Blackburn, P. J., Smith, P. J., Phipps, Bernes and Doyle, JJ., concur.*

DECIDED MAY 19, 2009.

*Brian Steel*, for appellant.
*Charles M. Ferguson, District Attorney*, for appellee.

---

[1] *Bass v. State*, 288 Ga. App. 690 (655 SE2d 303) (2007).